1  Jeffrey I. Weinberger (Calif. Bar No. 056214)
   Stuart N. Senator (Calif. Bar No. 148009)
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
3  Los Angeles, CA 90071-1560
   Tel: 213-683-9100
4  Fax: 213-687-3702
   Email: stuart.senator@mto.com
5
   Gregory L. Diskant (*pro hac vice*)
6  Scott B. Howard (*pro hac vice*)
   PATTERSON BELKNAP WEBB & TYLER LLP
7  1133 Avenue of the Americas
   New York, NY 10036
8  Tel: 212-336-2000

9  Attorneys for Plaintiff Biosense Webster, Inc.

10 Morgan Chu (Calif. Bar No. 070446)
   Jonathan H. Steinberg (Calif. Bar No. 098044)
11 Andrei Iancu (Calif. Bar No. 184973)
   Lisa Partain (Calif. Bar No. 179977)
12 IRELL & MANELLA LLP
   1800 Avenue of the Stars, Suite 900
13 Los Angeles, CA 90067-4276
   Tel: 310-277-1010
14 Fax: 310-203-7199
   Email: ESIBiosense@irell.com
15
16 Attorneys for Defendant Endocardial Solutions, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BIOSENSE WEBSTER, INC., <br> Plaintiff, <br> v. <br> ENDOCARDIAL SOLUTIONS, INC., <br> Defendant. | Case No. CV 04-8409-PSG (JWJx) and ~~Case No. CV 06-1386-GHK (JWJx)~~ <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE** |

1713219.1 02                   -1-

JOINT STIPULATION AND
[PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | ENDOCARDIAL SOLUTIONS, INC. |
| 2 | and ST. JUDE MEDICAL, ATRIAL FIBRILLATION DIVISION, INC. |
| 3 | Counterclaimants, |
| 4 | |
| 5 | v. |
| 6 | BIOSENSE WEBSTER, INC., |
| | Counterclaim Defendant. |

Endocardial Solutions, Inc. and St. Jude Medical, Atrial Fibrillation Division, Inc. (collectively "Endocardial Solutions") and Biosense Webster, Inc. ("Biosense"), by and through their respective undersigned counsel, hereby submit this Joint Stipulation and [Proposed] Order of Dismissal with Prejudice.

WHEREAS, Endocardial Solutions and Biosense have executed a Settlement and License Agreement.

WHEREAS, under the terms of the Settlement and License Agreement, Endocardial Solutions and Biosense have agreed to dismiss all claims and counterclaims with prejudice, including those claims and counterclaims presented in (a) *Biosense Webster, Inc. v. Endocardial Solutions, Inc.*, Case No. CV-04-8409-PSG (JWJx), currently pending in the United States District Court, Central District of California; and (b) *Biosense Webster, Inc. v. Endocardial Solutions, Inc.*, Case No. CV 06-1386-GHK(JWJx), which was pending in the United States District Court, Central District of California and which was consolidated with Case No. CV-04-8409-PSG (JWJx) on June 14, 2006.

WHEREAS, under the terms of the Settlement and License Agreement, Endocardial Solutions and Biosense have agreed that each party shall bear its own costs and attorneys' fees with respect to this civil action.

NOW, THEREFORE, based on the foregoing recitals, the parties stipulate as follows and respectfully request and move the Court to enter the

1 | following orders:
2 |     1. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil
3 | Procedure, all claims and counterclaims of this action are dismissed with prejudice.
4 |     2. Each party shall bear its own costs and attorneys' fees.
5 |     3. The Court shall retain jurisdiction to enforce the Settlement and
6 | License Agreement.

Respectfully submitted,

DATED: July 10, 2007

MUNGER, TOLLES & OLSON LLP
and PATTERSON BELKNAP WEBB &
TYLER LLP

By: _____
    Scott B. Howard

Attorneys for Plaintiff
Biosense Webster, Inc.

DATED: July __, 2007

IRELL & MANELLA LLP

By: _____
    Lisa Partain

Attorneys for Defendant
Endocardial Solutions, Inc.,

IT IS SO ORDERED

Dated: July __, 2007

_____
United States District Court Judge

1713219 1 02     -3-     JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

following orders:

    1. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and counterclaims of this action are dismissed with prejudice.

    2. Each party shall bear its own costs and attorneys' fees.

    3. The Court shall retain jurisdiction to enforce the Settlement and License Agreement.

Respectfully submitted,

DATED: July __, 2007

MUNGER, TOLLES & OLSON LLP
and PATTERSON BELKNAP WEBB &
TYLER LLP

By: _____
      Scott B. Howard

Attorneys for Plaintiff
Biosense Webster, Inc.

DATED: July 23, 2007

IRELL & MANELLA LLP

By: /s/ Lisa Partain
      Lisa Partain

Attorneys for Defendant
Endocardial Solutions, Inc.,

IT IS SO ORDERED

Dated: July 25, 2007

_____
United States District Court Judge

1713219.1 02

-3-

JOINT STIPULATION AND
[PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE

# PROOF OF SERVICE BY ELECTRONIC MAIL AND U.S. MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On July 23, 2007, I served the foregoing document described as **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** on the interested party in this action by electronic mail and by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Morgan Chu
Jonathan Steinberg
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Phone: 310-277-1010
Fax: 310-203-7199
Email: ESIBiosense@irell.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 23, 2007, at Los Angeles, California.

_____
Loren Rives

1162376 1